**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x
In re:

    NESTOR ROSADO,

                        Debtor(s).
-------------------------------------------------x

                                      Chapter   13
                                      Case No.  19-13897 (CGM)

## ORDER TO SHOW CAUSE

**WHEREAS** on December 11, 2019, a notice of a confirmation hearing to be held on February 6, 2020 at 1:15 p.m. was issued;

**WHEREAS** on February 6, 2020, a confirmation hearing was held and the Debtor's Attorney failed to appear during the hearing; **IT IS, THEREFORE, HEREBY**

**ORDERED** the Debtor's Attorney, Maria M. Malave, **APPEAR** before the Court on April 30, 2020 at 1:15 p.m. at the United States Bankruptcy Courthouse located at One Bowling Green, New York, NY 10004 and **SHOW CAUSE** why fees should not be disgorged or disallowed pursuant to § 329 and New York Rules of Professional Conduct Rule 1.1 for failing to provide competent representation to the Debtor.



                                                                            **/s/ Cecelia G. Morris**
                                                                             _____

**Dated: February 10, 2020**
**Poughkeepsie, New York**
                                                                             **Hon. Cecelia G. Morris**
                                                                             **Chief U.S. Bankruptcy Judge**